**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re      Joanne Marie Whittaker | Chapter: 7 |
| | Case No: 15–41638 |
| Debtor | Judge Christopher J. Panos |

# ORDER
# REGARDING DEFICIENT FILING

Your recent filing of **Amended Schedule F** on **OCTOBER 16, 2015** with the Court was deficient and/or defective as noted below:

☐   Certificate of Service

☑   Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐   Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐   Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐   Reaffirmation Agreement Cover Sheet.

☐   Real Estate Worksheet.

☐   Disclosure of Compensation of Attorney for Debtor(s). (Official Form 203)

☐   Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐   Motion to Amend Plan.

☐   Motion to Approve Stipulation.

☐   Certificate of Conference.

☐   Notice of Amendment to Schedules.

☐   Motion to Amend Schedules.

☑   Amended Summary of Schedules.

☐   Adversary Proceeding Cover Sheet.

☐   Proposed Notice to the Objection to Claim MLBR 3007–1(b)(Chapters 7 and 11).

☐   Proposed Notice to the Objection to Claim and Certificate of Service. See MLBR Appendix 1, Rule 13–13(c).

☐ ECF filer and signature on the document do not match; please refile. See App. 8, Rule 8(a) of MLBR.

☐ Missing required name, address, telephone number or BBO number. See MLBR Rule 9011–1.

☐ Missing email address of ECF registered electronic filer. See MLBR Appendix 8, Rule 8(a).

☐ Other

You are hereby **ORDERED** to file the above required documents(s) on or before **OCTOBER 23, 2015** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

○ United States Bankruptcy Court
John W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

⦿ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

Date:10/16/15

By the Court,

Lisa Belanger
Deputy Clerk
508–770–8913

16 – 14