United States Bankruptcy Court
District of Massachusetts

In re:  
Joanne Marie Whittaker  
     Debtor

Case No. 15-41638-cjp  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-4     User: lbelanger     Page 1 of 1     Date Rcvd: Oct 27, 2015  
                     Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2015.  
db          +Joanne Marie Whittaker,   18 Allen Street,   Methuen, MA 01844-2209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2015 at the address(es) listed below:  
         David M. Nickless   dnickless@npolegal.com,  dnickless@ecf.epiqsystems.com  
         Lindsay  Kyser    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FF4, Asset-Backed Certificates, Series 2005-FF4 lk@dgandl.com,  
         mbd@dgandl.com;kjb@dgandl.com;jf@dgandl.com;rjl@dgandl.com  
         Richard  King    USTPRegion01.WO.ECF@USDOJ.GOV  
         Todd S. Dion    on behalf of Debtor Joanne Marie Whittaker toddsdion@msn.com  
                                                                                                  TOTAL: 4



10/26/2015 ALLOWED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Whittaker, Joanne Marie    )
                           )
        Debtor,            )    CHAPTER 7
                           )    CASE NO. 15-bk-41638
                           )
                           )

## MOTION TO AMENED

    Now comes the Debtor, Joanne Marie Whittaker, who hereby respectfully requests this court grant her motion to amend Schedule F  (filed as document # 1), and Summary of Schedules (filed as document # 1), and the Creditor Matrix to add the creditors, United States Postal Service and Thrift Savings Plan,  who were inadvertently omitted in the initial filing.

Dated: October 16, 2015

                                      Respectfully Submitted,


                                      /s/ Todd S. Dion
                                    Todd S. Dion, Esq. (BBO #659109)
                                    1599 Smith Street
                                    North Providence, RI 02911
                                    Telephone: 401-965-4131
                                    Facsimile:  401-353-1231
                                    toddsdion@msn.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2015, copies of the above motion was filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the